IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EILEEN SHEIL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| REGAL ENTERTAINMENT GROUP | : | NO. 12-CV-1390 |

### **O R D E R**

AND NOW, this 20th day of May, 2013, IT IS HEREBY ORDERED that the defendant's motion for summary judgment (Doc. # 14) is GRANTED.

The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

  /s/   J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.